EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

ELLIOT ENOKI 1528
First Assistant U.S. Attorney

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Fax No. (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT C
DISTRICT OF HAWAII

MAR 14 2003

at __ o'clock and __ min __
WALTER A. Y. H. CHINN, CLEF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR03-00125 HG |
| Plaintiff, | INFORMATION |
| | [21 U.S.C. §§ 841 and 843] |
| vs. | |
| JERMAINE BEAUDOIN,<br>   aka "Germ," | |
| Defendant. | |

INFORMATION

The United States Attorney charges that:

During December 2000, in the District of Hawaii, defendant JERMAINE BEAUDOIN, aka "Germ" did knowingly and intentionally use and cause to be used a communications facility, that is, a telephone, in causing or facilitating the commission

of a possession of more than 50 grams of methamphetamine, its salts, isomers and salts of its isomers with intent to distribute, a Schedule II controlled substance, a felony under 21 U.S.C. § 841(a)(1).

All in violation of Title 21 United States Code, Section 843(b).

DATE: _March 14, 2003_, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_/s/ Elliot Enoki_
ELLIOT ENOKI
First Assistant U.S. Attorney

_/s/ T. Muehleck_
THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Jermaine Beaudoin, "Germ"
Cr. No. _____
INFORMATION